**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GABRIEL GIGENA,<br><br>        Defendant. | Case No. 2:24-mj-00094-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GABRIEL GIGENA ,

Case No. 2:24-mj-00094-AC , Charge 18 USC § 111(a)(1), 1114, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

    X     Unsecured Appearance Bond $ 50,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other):

\_\_\_\_\_ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 15, 2024 at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire